IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID VAUGHN GREIR**, : | |
| Plaintiff, : | No. 25-cv-3855-JMY |
| : | |
| vs. : | |
| : | |
| **R.A. CAVALARI CORRECTIONAL** : | |
| **OFFICER, et al.,** : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 14th day of October, 2025, upon consideration of the *Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction* (ECF No. 4), it is hereby **ORDERED** that said Request for a restraining order and injunctive relief is **DENIED**.

The Clerk of Court is further **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge