**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID VAUGHN GRIER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-3855** |
| | : | |
| **R.A. CAVALARI, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 25th day of September, 2026, upon consideration of Defendants' Motion to Partially Dismiss (ECF No. 42), and Plaintiff David Vaughn Grier's Response thereto (ECF No. 50), it is **ORDERED** that:

1. The "Amended Complaint" (ECF No. 24) is **STRICKEN** as a duplicate of the Amended Complaint filed at ECF No. 17.

2. For the reasons stated in the Court's accompanying Memorandum, the Motion to Dismiss (ECF No. 42) is **GRANTED in part and DENIED in part** as follows:

   a. The motion to dismiss the state law claims of assault and battery against Defendant Cavalari is **DENIED**.

   b. The motion to dismiss the deliberate indifference claims against Defendants Terra, Neally, Gery, Hensley, Durand, and Wynder following the June 23, 2025 altercation is **DENIED**.

   c. The balance of the Motion is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** Houser, Wenerowitz, Radziewicz, Fotiou, Brown, Bickell, and Harry as Defendants in this action.

4. Defendants Cavalari, Terra, Neally, Gery, Hensley, Durand, and Wynder shall file a responsive pleading within fourteen (14) days of the date of this Order as to the remaining claims.[1]

**BY THE COURT:**

**/s/ John Milton Younge**

**JOHN M. YOUNGE, J.**

[1] Grier's Eighth Amendment claims of failure to intervene and excessive force, and his state law claims of assault and battery will proceed against Defendant Cavalari. Grier's Eighth Amendment claims of deliberate indifference based on a failure to protect him following the June 23, 2025 altercation will proceed as to Defendants Terra, Neally, Gery, Hensley, Durand, and Wynder.